**Motion Granted; Dismissed and Memorandum Opinion filed January 27, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00949-CV

## IN THE MATTER OF THE MARRIAGE OF GEORGIA M. GATOURA FOULARD AND MICHAEL WOLTER FOULARD

**On Appeal from the 257th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-16616**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 6, 2014. On January 21, 2015, appellant Georgia M. Gatoura Foulard filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jamison, Busby, and Brown.